MICHAEL GERNON, APPELLANT, *v.* JOSEPH B. HOYT, RESPONDENT, IMPLEADED, ETC.

Judgment affirmed, with costs.
Opinion by BRADY, J.